

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international in
- When used internation

*Insurance does not cover cert
Domestic Mail Manual at http://
** See International Mail Manua

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014    EP14F October 2023
              OD: 12 1/2 x 9 1/2

PRIORITY® MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



9589 0710 5270 0948 4517 63

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP



RDC 03    S2324H503845-05

**FROM:**

Baiting Jiang

345 W Washington Ave

Suit 301 # 2013

Madison, WI 53703

**TO:**

Clerk of court

U.S. District court

Western District of

Wisconsin

120 North Henry street

Room 320.

Madison, WI 53703